**SUM-100**

# SUMMONS
## *(CITATION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Home Depot U.S.A., Inc. and Does 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
John Barrera, Jr.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED

2012 SEP -4  A 11: 57

David H. Yamasaki, Clerk of the Superior Court,
County of Santa Clara, California
By_____
Deputy Clerk

L. QUACH-MARCELLANA

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>Downtown<br>191 N. First Street, San Jose, CA 95113 | CASE NUMBER:<br>*(Número del Caso):*<br>1 1 2 C V 2 3 1 5 5 2 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
William L. Marder    (Bar # 170131)                                    Fax No.: (831) 634-0333
POLARIS LAW GROUP LLP, 501 San Benito  Street, Suite 200, Hollister, CA 95023    Phone No.: (831) 531-4000

| DATE:<br>*(Fecha)* SEP 0 4 2012 | Clerk, by DAVID H. YAMASAKI<br>*(Secretario)* Executive Officer, Clerk | , Deputy<br>*(Adjunto)* L. QUACH-MARCELLANA |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ Home Depot USA , Inc on behalf of *(specify):*

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 9/7/12

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>*LexisNexis® Automated California Judicial Council Forms* |
|---|---|---|

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

William L. Marder    (Bar # 170131)
POLARIS LAW GROUP LLP
501 San Benito  Street, Suite 200
Hollister, CA 95023
   TELEPHONE NO: (831) 531-4211       FAX NO: (831) 634-0333
ATTORNEY FOR *(Name):* John Barrera, Jr., Plaintiff

**ENDORSED**

2012 SEP -4  A  11: 57

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, **L. QUACH-MARCELLANA**
By:
                                  Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
   STREET ADDRESS: 191 N. First Street
   MAILING ADDRESS: 191 N. First Street
   CITY AND ZIP CODE: San Jose 95113
   BRANCH NAME: Downtown

CASE NAME:
John Barrera, Jr. v. Home Depot U.S.A. and Does 1 through 10, inclusive

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | **1 1 2 C V 2 3 1 5 5 2** |
| | | | JUDGE: | |
| | | | DEPT: | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[X] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[X] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[X] punitive
4. Number of causes of action *(specify):* FIVE (5)
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 30, 2012

William L. Marder
*(TYPE OR PRINT NAME)*                            *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or*
    *toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil*
    *harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer*
            *or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally*
    *complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent*
        *domain, landlord/tenant, or*
        *foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
    *drugs, check this item; otherwise,*
    *report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-*
        *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
        *harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

ATTACHMENT CV-5012

# CIVIL LAWSUIT NOTICE

*Superior Court of California, County of Santa Clara*
*191 N. First St., San Jose, CA 95113*

CASE NUMBER: ___112CV281552___

---

### PLEASE READ THIS ENTIRE FORM

---

*PLAINTIFF* (the person suing): Within 60 days after filing the lawsuit, you must serve each Defendant with the *Complaint, Summons,* an *Alternative Dispute Resolution (ADR) Information Sheet,* and a copy of this *Civil Lawsuit Notice,* and you must file written proof of such service.

---

*DEFENDANT* (The person sued): **You must do each of the following to protect your rights:**

1. You must file a **written response** to the *Complaint,* using the proper legal form or format, in the Clerk's Office of the Court, within **30 days** of the date you were served with the *Summons* and *Complaint;*
2. You must serve by mail a copy of your written response on the Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

**Warning: If you, as the Defendant, do not follow these instructions,
you may automatically lose this case.**

---

*RULES AND FORMS:* You must follow the California Rules of Court and the Superior Court of California, County of Santa Clara Local Civil Rules and use proper forms. You can obtain legal information, view the rules and receive forms, free of charge, from the Self-Help Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), www.scselfservice.org (Select "Civil") or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms: http://www.sccsuperiorcourt.org/civil/rule1toc.htm

---

*CASE MANAGEMENT CONFERENCE (CMC):* You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC. You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

*You or your attorney must appear at the CMC.* You may ask to appear by telephone – see Local Civil Rule 8.

---

*Your Case Management Judge is:* __Honorable Peter Kirwan__     Department: ___8___

*The 1st CMC is scheduled for:* (Completed by Clerk of Court)

Date: __01 / 15 / 13__   Time: __3:00 PM__ in Department: __8__

*The next CMC is scheduled for:* (Completed by party if the 1st CMC was continued or has passed)

Date: _____   Time: _____ in Department: _____

---

*ALTERNATIVE DISPUTE RESOLUTION (ADR):* If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

*WARNING:* Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

# SANTA CLARA COUNTY SUPERIOR COURT
## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION SHEET

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

*What is ADR?*

ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

*What are the advantages of choosing ADR instead of litigation?*

ADR can have a number of advantages over litigation:

- ADR can save time. A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- ADR can save money. Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- ADR provides more participation. Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- ADR provides more control and flexibility. Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- ADR can reduce stress. ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

*What are the main forms of ADR offered by the Court?*

 Mediation is an informal, confidential, flexible and non-binding process in the mediator helps the parties to understand the interests of everyone involved, and their practical and legal choices. The mediator helps the parties to communicate better, explore legal and practical settlement options, and reach an acceptable solution of the problem. The mediator does not decide the solution to the dispute; the parties do.

Mediation may be appropriate when:
- The parties want a non-adversary procedure
- The parties have a continuing business or personal relationship
- Communication problems are interfering with a resolution
- There is an emotional element involved
- The parties are interested in an injunction, consent decree, or other form of equitable relief

Neutral evaluation, sometimes called "Early Neutral Evaluation" or "ENE", is an informal process in which the evaluator, an experienced neutral lawyer, hears a compact presentation of both sides of the case, gives a non-binding assessment of the strengths and weaknesses on each side, and predicts the likely outcome. The evaluator can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
- The parties are far apart in their view of the law or value of the case
- The case involves a technical issue in which the evaluator has expertise
- Case planning assistance would be helpful and would save legal fees and costs
- The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

Arbitration is a less formal process than a trial, with no jury. The arbitrator hears the evidence and arguments of the parties and then makes a written decision. The parties can agree to binding or non-binding arbitration. In binding arbitration, the arbitrator's decision is final and completely resolves the case, without the opportunity for appeal. In non-binding arbitration, the arbitrator's decision could resolve the case, without the opportunity for appeal, unless a party timely rejects the arbitrator's decision within 30 days and requests a trial. Private arbitrators are allowed to charge for their time.

Arbitration may be appropriate when:

- The action is for personal injury, property damage, or breach of contract
- Only monetary damages are sought
- Witness testimony, under oath, needs to be evaluated
- An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

Civil Judge ADR allows parties to have a mediation or settlement conference with an experienced judge of the Superior Court. Mediation is an informal, confidential, flexible and non-binding process in which the judge helps the parties to understand the interests of everyone involved, and their practical and legal choices. A settlement conference is an informal process in which the judge meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations. The request for mediation or settlement conference may be made promptly by stipulation (agreement) upon the filing of the Civil complaint and the answer. There is no charge for this service.

Civil Judge ADR may be appropriate when:

- The parties have complex facts to review
- The case involves multiple parties and problems
- The courthouse surroundings would he helpful to the settlement process

**Special masters and referees** are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.
Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

**Settlement conferences** are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.
Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*

Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; collections; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; fraud; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; sports; trade secret; and wrongful death, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, information about ADR procedures, or answers to other questions about ADR?*

*Contact:*
Santa Clara County Superior Court
Coordinator
ADR Administrator
408-882-2530

Santa Clara County DRPA
408-792-2784

ENDORSED

2012 SEP -4 A 11: 57

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By_____
Deputy Clerk

L. QUACH-MARCELLANA

1   WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
2   501 San Benito Street, Suite 200
Hollister, CA 95023
3   Tel: (831) 531-4214
Fax: (831) 634-0333
4   Email: bill@polarislawgroup.com

5

6   Attorneys for Plaintiff John Barrera, Jr.

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       COUNTY OF SANTA CLARA

10

11  JOHN BARRERA, JR.,              ) Case No.:  **1 1 2 C V 2 3 1 5 5 2**
                                    )
12                                  ) COMPLAINT FOR DAMAGES
                                    )
13          Plaintiff,              )
                                    )
14      v.                          )
                                    ) **UNLIMITED CIVIL**
15  HOME DEPOT U.S.A., INC. and DOES 1 )
    through 10, inclusive,          )
16                                  )
                                    )
17          Defendants.             )
                                    )
18                                  )
                                    )
19

20      Plaintiff John Barrera, Jr. ("Barrera") alleges:

21                      **FIRST CAUSE OF ACTION**

22  **(VIOLATION OF CALIFORNIA FAMILY RIGHTS ACT—GOVERNMENT CODE §
                              12945.2)**

23
        1.      Plaintiff Barrera was an employee of defendant Home Depot U.S.A., Inc. ("Home
24
    Depot"), working in Home Depot's Morgan Hill store.
25

26

27                                      1

28                          COMPLAINT FOR DAMAGES

C:\Docs\Bill\Barrera\Complaint.doc

2.      Plaintiff is ignorant of the true names and capacities of Defendant sued herein as Does 1 through 10, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named Defendants is responsible in some manner for the acts or omissions herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by the acts or omissions.

3.      Plaintiff is informed and believes and thereon alleges that at all times mentioned herein, the Defendants and each of them, were the agents and employees of each of the remaining Defendants, and in doing the things hereinafter alleged, were acting within the course and scope of their authority as such agents and employees with the permission and consent of their co-Defendants.

4.      Plaintiff began employment with Home Depot in February of 2011.  Plaintiff was terminated on May 26, 2012.  Plaintiff began as a part-time temporary employee.  On or about April or May of 2011, plaintiff was promoted to permanent part-time employee.  In September of 2011, plaintiff was promoted to Department 38 night freight supervisor—a full time position.  At the time of plaintiff's termination, plaintiff was earning $14.65 per hour.

5.      At the end of November of 2011, plaintiff advised his supervisor that he would need time off in the future to care for a new child.

6.      On December 10, 2011, plaintiff's child was born.

7.      In early May of 2012, plaintiff submitted an official request for leave time to care for his newborn child.  Plaintiff was scheduled to begin his leave on May 26, 2012.

8.      On May 26, 2012, plaintiff was terminated via telephone.  The stated reason was plaintiff had put a pallet overhead in Receiving that was not shrink-wrapped up.  Plaintiff had put the pallet overheard temporarily because he needed floor space to move all of the freight around

2

COMPLAINT FOR DAMAGES

C:\Docs\Bill\Barron\Complaint.doc

to unload a truck.  On many occasions, other employees did the same thing without receiving any discipline.  After plaintiff's termination, other employees continued to do the same thing that plaintiff had been terminated for.

9.      Home Depot's Standard Operating Procedure directs: "do not discharge an associate by telephone except when there is not an alternative."

10.     In May of 2012, multiple assistant managers told plaintiff the store manager was worried about how he was going to get plaintiff's job done while plaintiff was gone.  The employer was concerned about an overflow of freight and upcoming inventory preparation.

11.     The true reason for plaintiff's termination is the employer did not want to accommodate his leave.

12.     Pursuant to the California Family Rights Act ("CFRA"), Government Code § 12945.2, an employee is entitled to a CFRA leave of absence because of the birth of a child.

13.     The CFRA further required Home Depot to provide to plaintiff the same or comparable position upon termination of his leave.

14.     Home Depot failed to comply with the CFRA in that Home Depot terminated plaintiff because Home Depot did not want to accommodate his leave.

15.     As a proximate result of defendant's violation of the CFRA against plaintiff, as alleged above, plaintiff has been harmed in that plaintiff has suffered humiliation, mental anguish, and emotional and physical distress.  As a result of defendant's conduct and consequent harm, plaintiff has suffered damages in an amount according to proof.  Plaintiff has further suffered and continues to suffer a loss of earnings and other employment benefits.  Plaintiff is thereby entitled to general and compensatory damages in amounts to be proven at trial.

16.     The above-recited actions of defendants were done with malice, fraud, or oppression, and in reckless disregard of the plaintiffs' rights under the Fair Employment and Housing Act.

3

COMPLAINT FOR DAMAGES

C:\Docs\Bill\Barrett\Complaint.doc

17.     Within one year of the dates of discrimination herein alleged against plaintiff by defendants, plaintiff filed a charge of discrimination with the California Department of Fair Employment and Housing (DFEH).

18.     The DFEH issued to plaintiffs notices of right to bring a civil action based on the charge described above.  True and correct copies of the relevant DFEH documents are attached to this complaint as Exhibit "1."

### SECOND CAUSE OF ACTION
### (UNLAWFUL RETALIATION IN VIOLATION OF THE CFRA—GOVERNMENT CODE § 12945.2(l) AND CAL.CODE REGS., TIT. 2, § 7297.7)

19.     Plaintiff realleges and incorporates by reference all allegations contained in the above paragraphs 1 through 18.

20.     As discussed above, Home Depot terminated plaintiff in retaliation for his attempt to exercise his rights under the CFRA.

21.     Defendant's termination of plaintiff constitutes unlawful retaliation in violation of the CFRA.   (Government Code § 12945.2(l) and 2 CCR § 7297.7).

22.     As a proximate result of defendant's violation of the CFRA against plaintiff, as alleged above, plaintiff has been harmed in that plaintiff has suffered humiliation, mental anguish, and emotional and physical distress.  As a result of defendant's conduct and consequent harm, plaintiff has suffered damages in an amount according to proof.  Plaintiff has further suffered and continues to suffer a loss of earnings and other employment benefits.  Plaintiff is thereby entitled to general and compensatory damages in amounts to be proven at trial.

23.     The above-recited actions of defendants were done with malice, fraud, or oppression, and in reckless disregard of the plaintiffs' rights under the Fair Employment and Housing Act.

4

COMPLAINT FOR DAMAGES

C:\Docs\Bill\Barrera\Complaint.doc

24.     Within one year of the dates of discrimination herein alleged against plaintiff by defendants, plaintiff filed a charge of discrimination with the California Department of Fair Employment and Housing (DFEH).

25.     The DFEH issued to plaintiffs notices of right to bring a civil action based on the charge described above.  True and correct copies of the relevant DFEH documents are attached to this complaint as Exhibit "A."

**THIRD CAUSE OF ACTION**
**(VIOLATION OF FAIR EMPLOYMENT AND HOUSING ACT, GOVERNMENT CODE**
**SECTION 12940(h)—RETALIATION)**

26.     Plaintiff realleges and incorporates by reference all allegations contained in the above paragraphs 1 through 25.

27.     Home Depot terminated plaintiff in retaliation for plaintiff's attempt to exercise his right to take a CFRA leave. This retaliation is a violation of California Government Code § 12940(h).

28.     As a proximate result of defendant's retaliation against plaintiff, as alleged above, plaintiff has been harmed in that plaintiff has suffered humiliation, mental anguish, and emotional and physical distress.  As a result of defendant's conduct and consequent harm, plaintiff has suffered damages in an amount according to proof.  Plaintiff has further suffered and continues to suffer a loss of earnings and other employment benefits.  Plaintiff is thereby entitled to general and compensatory damages in amounts to be proven at trial.

29.     The above-recited actions of defendants were done with malice, fraud, or oppression, and in reckless disregard of the plaintiffs' rights under the Fair Employment and Housing Act.

5

COMPLAINT FOR DAMAGES

C:\Docs\Bill\Barrera\Complaint.doc

30.     Within one year of the dates of discrimination herein alleged against plaintiff by defendants, plaintiff filed a charge of discrimination with the California Department of Fair Employment and Housing (DFEH).

31.     The DFEH issued to plaintiffs notices of right to bring a civil action based on the charge described above. True and correct copies of the relevant DFEH documents are attached to this complaint as Exhibit "A."

## FOURTH CAUSE OF ACTION
### (VIOLATION OF CALIFORNIA LABOR CODE § 203)

32.     Plaintiff realleges and incorporates by reference all allegations contained in the above paragraphs 1 through 31, inclusive.

33.     Plaintiff was terminated on May 26, 2012. Plaintiff did not receive his final paycheck until June 1, 2012.

34.     Labor Code § 203 provides that if an employer willfully fails to pay any earned wages of an employee, the wages of such employee shall continue as a penalty from the due date therefore at the rate same rate until paid, up to thirty (30) days.

35.     Defendant violated Labor Code § 203 by failing to provide plaintiff his final paycheck on the date of his termination. Pursuant to Labor Code § 201, plaintiff's final paycheck was due on the date of his termination—May 26, 2012. Home Depot did not provide plaintiff his final paycheck until June 1, 2012.

## FIFTH CAUSE OF ACTION
### PRIVATE ATTORNEY GENERAL ACT OF 2004
### (Violation of California Labor Code § 2698 et. seq—Noelle Only)

36.     Plaintiff realleges and incorporates by reference all allegations contained in the above paragraphs 1 through 35, inclusive.

6

COMPLAINT FOR DAMAGES

C:\Docs\Bill\Berrons\Complaint.doc

37.   Plaintiff is an "aggrieved employee" as defined in Labor Code section 2699(a). Plaintiff brings this cause of action on behalf of himself and other current and former employees of defendant affected by the labor law violations alleged in this complaint.

38.   Defendant committed the following violations of the California Labor Code against plaintiff, and on information and belief, against other current and former employees while they were employed by defendant:

- Defendant has failed to comply with Labor Code § 226(a)(8) by failing to include the address of the legal entity that is the employer on employee pay statements. This violation of Labor Code § 226(a)(8) is applicable to both the aggrieved employee and other employees of the employer. Examples of the defective pay statement are attached to this Complaint as Exhibit "2."

- Defendant has failed to comply with Labor Code § 201 in that the employer has failed to pay the aggrieved employee all unpaid wages at the time of discharge.

39.   The above described conduct is in violation of Labor Code §§ 201, 203, 226, 226.3, and the applicable California Industrial Welfare Commission Wage Order.

40.   Pursuant to Labor Code Section 2699 et. seq., plaintiff gave written notice by certified mail to defendant and the Labor and Work Force Development Agency of the factual and legal basis for the labor law violations alleged in this complaint. A true and correct copy of the notice is attached to this Complaint as Exhibit 3.

41.   Pursuant to Labor Code Section 2699(a), plaintiff seeks to recover civil penalties for which defendant is liable as a result of their violations of the following Labor Code as described above. Plaintiff seeks penalties pursuant to Labor Code Sections 226.3 and 2699(f); all in amounts to be proven at trial.

7

C:\Docs\Bill\Barrera\Complaint.doc

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1.     For back pay, front pay, and other monetary relief according to proof;

2.     For general damages in an amount according to proof;

3.     For prejudgment and post-judgment interest according to any applicable provision of law, according to law, according to proof;

4.     For reasonable attorneys fees pursuant to Government Code Section 12965(b);

5.     For punitive damages;

6.     Pursuant to Labor Code §203, for an additional sum according to proof equal to thirty (30) days wages, as a penalty for unpaid wages for severed employees;

7.     Pursuant to Labor Code §218.6, for interest on all unpaid wages from the date such sums were due to the date of judgment hereof;

8.     For penalties pursuant to Labor Code Sections 226.3, and 2699(f);

9.     For reasonable attorney fees pursuant to Labor Code Section 2699(g)(1);

10.     For reasonable attorney fees pursuant to any section authorized by law;

11.     For costs of suit herein incurred;

12.     For such other and further relief as the court may deem proper.

Dated: August 29, 2012                 POLARIS LAW GROUP LLP

By     *William L. Marder*
WILLIAM L. MARDER, Attorney for Plaintiff

8

COMPLAINT FOR DAMAGES

C:\Docs\Bill\Barrera\Complaint.doc

Exhibit 1



# EMPLOYMENT
## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH INQUIRY NUMBER:
2230-2539-R

| COMPLAINANT NAME:<br>John Barrera | TELEPHONE NUMBER:<br>(831) 524-5023 |
|---|---|
| ADDRESS:<br>1220 Greenwood Circle | CITY/STATE/ZIP:<br>Hollister, CA 95023 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| RESPONDENT NAME:<br>Home Depot U.S.A., Inc. | AGENT FOR SERVICE NAME:<br>Hakeem Lee | TELEPHONE NUMBER:<br>(408) 779-9755 |
|---|---|---|
| ADDRESS (AGENT FOR SERVICE):<br>880 East Dunne Ave. | | CITY/STATE/ZIP:<br>Morgan Hill, CA 95037 |
| NO. OF EMPLOYEES/MEMBERS:<br>321000 | DATE MOST RECENT DISCRIMINATION TOOK PLACE:<br>May 26 2012 | TYPE OF EMPLOYER:<br>Private Employer |

CO-RESPONDENT(S):

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right to sue. I understand that if I want a federal right to sue notice, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure and Right to Sue," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint, I am declaring under penalty of perjury under the laws of the State of California that, to the best of my knowledge, all information contained in this complaint is true and correct, except matters stated on my information and belief, and I declare that those matters I believe to be true.

Dated July 05, 2012 At Hollister

DFEH-300-030 (04/12)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: Jul 05 2012
COMPLETED: Jul 05 2012

STATE OF CALIFORNIA

Page 1/2



# EMPLOYMENT

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

### COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

I ALLEGE THAT I EXPERIENCED:
Discrimination, Retaliation

ON OR BEFORE: May 26 2012

BECAUSE OF MY    Family Care or Medical Leave
ACTUAL OR
PERCEIVED:

AS A RESULT, I WAS:          Denied family care or medical leave, Terminated

STATE WHAT YOU BELIEVE TO BE THE REASON(S) FOR DISCRIMINATION:

I began employment with Home Depot U.S. Inc. ["Home Depot"] in February of 2011. I was terminated on May 26, 2012. I worked in the Morgan Hill store. I began as a part-time temporary employee. On or about April or May of 2011, I was promoted to permanent part-time employee. In September of 2011, I was promoted to Department 38 night freight supervisor—a full time position. At the time of my termination, I was earning $14.65 per hour. At the end of November of 2011, I advised my supervisor that I would need time off in the future to care for a new child. On December 10, 2011, my child was born. In early May of 2012, I submitted an official request for leave time to care for my newborn child. I was scheduled to begin my leave on May 26, 2012. On May 26, 2012, I was terminated via telephone. The stated reason was I had put a pallet overhead in Receiving that was not shrink-wrapped up. I had put the pallet overhead temporarily because I needed as much floor to move all of the freight around to unload a truck. On many occasions, other employees did the same thing without receiving any discipline. After my termination, other employees continued to do the same thing that I had been terminated for. Home Depot's Standard Operating Procedure directs: "do not discharge an associate by telephone except when there is not an alternative." In May of 2012, multiple assistant managers told me the store manager was worried about how he was going to get my job done while I was gone. The employer was concerned about an overflow of freight and upcoming inventory preparation. The true reason for my termination is the employer did not want to accommodate my leave.

DFEH-300-030 (04/12)                    DATE FILED: Jul 05 2012          STATE OF CALIFORNIA
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING   COMPLETED: Jul 05 2012

Page 2/2



STATE OF CALIFORNIA · STATE AND CONSUMER SERVICES AGENCY      GOVERNOR EDMUND G. BROWN JR.

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR PHYLLIS W. CHENG

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 | Videophone (916) 226-5286 | TDD (800) 700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

July 05, 2012

John Barrera

1220 Greenwood Circle

Hollister, CA 95023

RE: 2230-2539-R Marder William - Right To Sue

Dear John Barrera:

### NOTICE OF CASE CLOSURE AND RIGHT TO SUE

This letter informs you that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective July 05, 2012 because an immediate right to sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,


Department of Fair Employment and Housing


cc: Hakeem Lee, Agent Of Service

Exhibit 2

*Handwritten notes (top):*

Term. - 5/26

1st check - 5/31
(5 days late)

2nd - 6/1
Diri Depotions
deductions
(6 days late)

20 days late as of 6/15
&
30 days on 6/29

---

**ASSOCIATE NAME:** JOHN A BARRERA JR    **ASSOCIATE ID:** 113802326    **PIN NO:** 4549

| | | | | **PAY PERIOD BEGIN:** 05/14/2012    **ADVICE DATE:** 06/01/2012 |
| TAX NUMBER | | | | **PAY PERIOD END:** 05/27/2012    **ADVICE NUMBER:** 012825086 |

| STATUS EXEMPT | |
| FICA-MED | 0 |
| FICA-OASDI | 0 |
| FED INC TX | M  B |
| CA DISABIL | S  0 |
| CA STATE | S  0 |

*Handwritten:* Final check

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.85 | 38.50 | 578.68 | 10,480.74 |
| REGULAR | 14.85 | -8.00 | 117.20 | 10,587.94 |
| OVERTIME | 21.97 | 4.75 | 104.36 | 2,138.43 |
| DOUBLETIME | 29.30 | 1.50 | 43.86 | 588.63 |
| SICK | 14.85 | 4.00 | 56.80 | 321.40 |
| MEDICAL WT | .00 | .00 | 87200 | 1,026.43- |
| VISION FT | .00 | .00 | 6480 | 61.31- |
| DENTAL FT | .00 | .00 | 18.24 | 181.11- |
| S SHARING | .00 | .00 | .00 | 582.74 |
| HOLIDAY | .00 | .00 | .00 | 118.00 |
| VACATION | .00 | .00 | .00 | 178.60 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD | .00 | .44 |
| HIGHER FUND | .00 | 55.00 |
| CHECKING | 716.60 | 11,878.02 |

*Handwritten:* Directly Deposited to my Citicard on June 1, 2012    Final

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 11.38 | 191.82 |
| FICA-OASDI | 32.65 | 555.82 |
| FED INC TX | .00 | 221.88 |
| CA DISABIL | .00 | 132.28 |
| CA STATE | 10.88 | 303.04 |

| **GROSS PAY:** | 764.77 | 15,229.09 | | **NET PAY:** | .00 | .00 |

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA JR    **ASSOCIATE ID:** 113802326    **PIN NO:** 4549

| | | | | **PAY PERIOD BEGIN:** 05/28/2012    CHECK DATE: 06/07/2012 |
| TAX NUMBER | | | | **PAY PERIOD END:** 06/10/2012    **CHECK NUMBER:** 008602296 |

| STATUS EXEMPT | |
| FICA-MED | 0 |
| FICA-OASDI | 0 |
| FED INC TX | M  0 |
| CA STATE | S  0 |
| CA DISABIL | S  0 |

*Handwritten:* √$

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| VACATION | 14.85 | 37.60 | 660.84 | 728.04 |
| | 14.85 | 2.73 | 40.43 | 361.83 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

*Handwritten:* Final Vacation & Sick hours check    Rcvd. - 5/31/12    Fired - 5/26/12

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 8.68 | 200.40 |
| FICA-OASDI | 24.86 | 680.46 |
| FED INC TX | .00 | 221.88 |
| CA STATE | 4.32 | 399.78 |
| CA DISABIL | 5.91 | 138.20 |

*Handwritten:* Vac. & Sick

| **GROSS PAY:** | 601.27 | 15,830.36 | | **NET PAY:** | 546.22 | 546.22 |

**HOME DEPOT U.S.A. INC.**



ASSOCIATE NAME: JOHN A BARRERA     ASSOCIATE ID: 113802     PIN NO: 4549
TAX NUMBER     PAY PERIOD BEGIN: 04/30/2012     ADVICE DATE: 05/18/2012
STATUS EXEMPT     PAY PERIOD END: 05/13/2012     ADVICE NUMBER: 012293568

FICA-MED   0
FICA-OASDI   0
FED INC TX   M   9
CA DISABIL   S   0
CA STATE   S   0

| EARNINGS | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.85 | 40.00 | 588.00 | 9,332.88 | LTD | .00 | | FICA-MED | 17.88 | 180.44 |
| REGULAR | 14.85 | 37.50 | 649.38 | 4,873108 | HOMER FUND | 5.00 | 50.00 | FICA-OASDI | 91.73 | 602.86 |
| OVERTIME | 21.87 | 1.75 | 38.40 | 1,022.17 | CHECKING | 1,113.93 | 10,802.42 | FED INC TX | .00 | 221.88 |
| DOUBLETIME | | 2.29 | 109.88 | 42,032.00 | | | | CA DISABIL | 12.31 | 124.44 |
| | | | 45.84 | 35,932.01 | | | | CA STATE | 30.78 | 302.00 |
| MEDICAL FT | .00 | .00 | 97.00 | 828.43 | | | | | | |
| VISION FT | .00 | .00 | 8.00 | 55.51 | | | | | | |
| DENTAL FT | .00 | .00 | 15.24 | 145.87 | | | | | | |
| S-SHARING | .00 | .00 | .00 | 582.74 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 118.00 | | | | | | |
| VACATION | .00 | .00 | .00 | 178.80 | | | | | | |
| SICK | .00 | .00 | .00 | 282.80 | | | | | | |

GROSS PAY: 1,231.61   12,444.32     NET PAY: .00   .00

HOME DEPOT U.S.A. INC.

---

ASSOCIATE NAME: JOHN A BARRERA JR     ASSOCIATE ID: 113802328     PIN NO: 4549
TAX NUMBER     PAY PERIOD BEGIN: 04/16/2012     ADVICE DATE: 05/04/2012
STATUS EXEMPT     PAY PERIOD END: 04/29/2012     ADVICE NUMBER: 2282118

FICA-MED   0
FICA-OASDI   0
FED INC TX   M   9
CA DISABIL   S   0
CA STATE   S   0

| EARNINGS | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.85 | 30.00 | 445.93 | 8,180.88 | LTD | .44 | | FICA-MED | 17.47 | 182.68 |
| REGULAR | 14.85 | 40.00 | 681.00 | 8,736.68 | HOMER FUND | 5.00 | 45.00 | FICA-OASDI | 61.18 | 470.63 |
| OVERTIME | 21.87 | 1.26 | 27.47 | 1,724.39 | CHECKING | 1,102.81 | 9,848.49 | FED INC TX | .00 | 221.88 |
| OVERTIME | 21.87 | 3.75 | 82.47 | 1,808.80 | | | | CA DISABIL | 12.18 | 112.13 |
| OVERTIME | 21.87 | 3.50 | 76.81 | 1,883.71 | | | | CA STATE | 29.93 | 351.28 |
| VACATION | 14.85 | 8.00 | 117.20 | 178.80 | | | | | | |
| MEDICAL FT | .00 | .00 | 97.00 | 831.43 | | | | | | |
| VISION FT | .00 | .00 | 8.00 | 43.71 | | | | | | |
| DENTAL FT | .00 | .00 | 15.24 | 130.83 | | | | | | |
| S-SHARING | .00 | .00 | .00 | 582.74 | | | | | | |
| DOUBLETIME | .00 | .00 | .00 | 485.75 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 118.00 | | | | | | |
| SICK | .00 | .00 | .00 | 282.80 | | | | | | |

GROSS PAY: 1,218.78   11,112.71     NET PAY: .00   .00

HOME DEPOT U.S.A. INC.

---

ASSOCIATE NAME: JOHN A BARRERA JR     ASSOCIATE ID: 113802326     PIN NO: 4549
TAX NUMBER     PAY PERIOD BEGIN: 04/02/2012     ADVICE DATE: 04/20/2012
STATUS EXEMPT     PAY PERIOD END: 04/15/2012     ADVICE NUMBER: 2230828

FICA-MED   0
FICA-OASDI   0
FED INC TX   M   9
CA DISABIL   S   0
CA STATE   S   0

| EARNINGS | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.85 | 9.25 | 138.51 | 7,500.74 | LTD | .44 | | FICA-MED | 6.45 | 144.91 |
| REGULAR | 14.85 | 43.25 | 196.11 | 7,703.95 | HOMER FUND | 5.00 | 40.00 | FICA-OASDI | 18.74 | 416.73 |
| VACATION | 14.85 | 4.00 | 58.60 | 58.60 | CHECKING | 411.32 | 8,745.68 | FED INC TX | .00 | 221.88 |
| SICK | 14.85 | 8.00 | 117.20 | 204.20 | | | | CA DISABIL | 4.48 | 99.94 |
| SICK | 14.85 | | 98.60 | 282.80 | | | | CA STATE | .00 | 321.35 |
| MEDICAL FT | .00 | .00 | 97.00 | 734.43 | | | | | | |
| VISION FT | .00 | .00 | 8.00 | 43.91 | | | | | | |
| DENTAL FT | .00 | .00 | 15.24 | 115.30 | | | | | | |
| S-SHARING | .00 | .00 | .00 | 582.74 | | | | | | |
| OVERTIME | .00 | .00 | .00 | 1,808.02 | | | | | | |
| DOUBLETIME | .00 | .00 | .00 | 485.75 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 118.00 | | | | | | |

GROSS PAY: 445.98   9,893.03     NET PAY: .00   .00

HOME DEPOT U.S.A. INC.

**ASSOCIATE NAME:** JOHN A BARRERA JR  **ASSOCIATE ID:** 113802326  **PIN NO:** 4549
**PAY PERIOD BEGIN:** 03/19/2012  **ADVICE DATE:** 04/06/2012
**PAY PERIOD END:** 04/01/2012  **ADVICE NUMBER:** 2198671

TAX NUMBER
STATUS EXEMPT
FICA-MED          0
FICA-OASDI        0
FED INC TX    M   9
CA DISABIL    S   0
CA STATE      S   0

### Earnings

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.85 | 40.00 | 588.00 | 8,802.88 |
| REGULAR | 14.85 | 39.00 | 171.38 | 7,374.23 |
| OVERTIME | 21.87 | .75 | 16.48 | 1,874.94 |
| OVERTIME | 21.87 | 1.00 | 21.88 | 1,808.82 |
| MEDICAL FT | .00 | .00 | 87.00- | 937.43- |
| VISION FT | .00 | .00 | 5.80- | 38.11- |
| DENTAL FT | .00 | .00 | 15.24- | 100.18- |
| S SHARING | .00 | .00 | .00 | 592.74 |
| DOUBLETIME | .00 | .00 | .00 | 488.75 |
| HOLIDAY | .00 | .00 | .00 | 118.00 |
| SICK | .00 | .00 | .00 | 87.00 |

| **GROSS PAY:** | | | 1,077.77 | 8,847.95 |

### Deductions

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD | .00 | .44 |
| HOMER FUND | 6.00 | 36.00 |
| CHECKING | 977.83 | 8,334.35 |

### Taxes

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 15.63 | 138.46 |
| FICA-OASDI | 45.28 | 401.01 |
| FED INC TX | .00 | 221.86 |
| CA DISABIL | 10.78 | 95.45 |
| CA STATE | .23.27 | 321.38 |

| **NET PAY:** | .00 | .00 |

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA JR  **ASSOCIATE ID:** 113802326  **PIN NO:** 4549
**PAY PERIOD BEGIN:** 03/05/2012  **ADVICE DATE:** 03/23/2012
**PAY PERIOD END:** 03/18/2012  **ADVICE NUMBER:** 2135827

TAX NUMBER
STATUS EXEMPT
FICA-MED          0
FICA-OASDI        0
FED INC TX    M   9
CA DISABIL    S   0
CA STATE      S   0

### Earnings

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| S SHARING | .00 | .00 | 592.74 | 592.74 |
| DESCRIPTN | PAY LOC | LOC 1 | LOC EARNING | ASSOC 80N AMT |
| SUCCESS SH | 8572 | 1.98 | 2,377.83 | 43.12 |
| SUCCESS SH | 8572+ | 1.98 | 13,870.20 | 549.82 |

.0198   .0396

| **GROSS PAY:** | | | 592.74 | 7,422.78 |

### Deductions

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD | .00 | .44 |
| HOMER FUND | .00 | 28.00 |
| CHECKING | 306.01 | 8,405.72 |

*Success Sharing*

### Taxes

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 8.59 | 107.83 |
| FICA-OASDI | 24.90 | 311.78 |
| FED INC TX | 148.15 | 221.86 |
| CA DISABIL | 5.93 | 74.23 |
| CA STATE | 38.12 | 276.14 |

.0799   .0748   SS

| **NET PAY:** | .00 | .00 |

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA JR  **ASSOCIATE ID:** 113802326  **PIN NO:** 4549
**PAY PERIOD BEGIN:** 03/05/2012  **ADVICE DATE:** 03/23/2012
**PAY PERIOD END:** 03/18/2012  **ADVICE NUMBER:** 2167238

TAX NUMBER
STATUS EXEMPT
FICA-MED          0
FICA-OASDI        0
FED INC TX    M   9
CA DISABIL    S   0
CA STATE      S   0

### Earnings

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.50 | 40.00 | 580.00 | 8,836.88 |
| REGULAR | 14.50 | 40.00 | 580.00 | 9,216.85 |
| OVERTIME | 21.75 | .26 | 5.44 | 1,688.46 |
| MEDICAL FT | .00 | .00 | 87.00- | 840.43- |
| VISION FT | .00 | .00 | 5.80- | 32.31- |
| DENTAL FT | .00 | .00 | 19.24- | 84.91- |
| DOUBLETIME | .00 | .00 | .00 | 456.78 |
| HOLIDAY | .00 | .00 | .00 | 118.00 |
| SICK | .00 | .00 | .00 | 87.00 |

| **GROSS PAY:** | | | 1,047.40 | 8,470.18 |

### Deductions

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD | .00 | .44 |
| HOMER FUND | 6.00 | 30.00 |
| CHECKING | 950.81 | 7,356.93 |

### Taxes

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 15.18 | 122.82 |
| FICA-OASDI | 49.89 | 355.75 |
| FED INC TX | .00 | 221.86 |
| CA DISABIL | 10.47 | 84.70 |
| CA STATE | 21.84 | 298.06 |

| **NET PAY:** | .00 | .00 |

**HOME DEPOT U.S.A. INC.**

ASSOCIATE NAME: JOHN A BARRERA  ASSOCIATE ID: 113802326  PIN NO: 4549

| | TAX | NUMBER | | PAY PERIOD BEGIN: 02/20/2012 | ADVICE DATE: 03/09/2012 |
| | STATUS | EXEMPT | | PAY PERIOD END: 03/04/2012 | ADVICE NUMBER: 2108077 |

FICA-MED            0
FICA-OASDI          0
FED INC TX    M     8
CA DISABIL    S     0
CA STATE      S     0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.50 | 40.00 | 580.00 | 4,820.38 | LTD | .00 | .44 | FICA-MED | 17.22 | 82.04 |
| REGULAR | 14.50 | 37.00 | 636.50 | 9,064.88 | HOMER FUND | 5.00 | 25.00 | FICA-OASDI | 80.18 | 288.88 |
| OVERTIME | 21.75 | 3.60 | 78.13 | 1,533.39 | CHECKING | 1,081.40 | 8,039.71 | FED INC TX | .00 | .73.67 |
| OVERTIME | 21.75 | 5.50 | 118.63 | 1,853.02 | | | | CA DISABIL | 11.84 | 66.30 |
| MEDICAL FT | .00 | .00 | 87.00- | 443.43- | | | | CA STATE | 26.40 | 237.02 |
| VISION FT | .00 | .00 | 5.80- | 26.51- | | | | | | |
| DENTAL FT | .00 | .00 | 15.24- | 80.67- | | | | | | |
| DOUBLETIME | .00 | .00 | .00 | 488.75 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 118.00 | | | | | | |
| SICK | .00 | .00 | .00 | 87.00 | | | | | | |

| GROSS PAY: | | | 1,394.22 | 8,830.04 | | | | NET PAY: | .00 | .00 |

HOME DEPOT U.S.A. INC.

---

ASSOCIATE NAME: JOHN A BARRERA JR  ASSOCIATE ID: 113802326  PIN NO: 4549

| | TAX | NUMBER | | PAY PERIOD BEGIN: 02/06/2012 | ADVICE DATE: 02/24/2012 |
| | STATUS | EXEMPT | | PAY PERIOD END: 02/19/2012 | ADVICE NUMBER: 2077932 |

FICA-MED            0
FICA-OASDI          0
FED INC TX    M     8
CA DISABIL    S     0
CA STATE      S     0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.50 | 37.28 | 540.13 | 3,640.36 | LTD | .00 | .44 | FICA-MED | 6.87 | 61.12 |
| OVERTIME | 21.75 | 1.75 | 38.06 | 1,407.28 | HOMER FUND | 5.00 | 20.00 | FICA-OASDI | 19.32 | 238.70 |
| MEDICAL FT | .00 | .00 | 97.00- | 346.43- | CHECKING | 424.58 | 4,988.31 | FED INC TX | .00 | 73.67 |
| VISION FT | .00 | .00 | 5.80- | 20.71- | | | | CA DISABIL | 4.60 | 55.36 |
| DENTAL FT | .00 | .00 | 15.24- | 54.43- | | | | CA STATE | .00 | 206.62 |
| DOUBLETIME | .00 | .00 | .00 | 488.75 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 118.00 | | | | | | |
| SICK | .00 | .00 | .00 | 87.00 | | | | | | |

| GROSS PAY: | | | 460.15 | 5,535.82 | | | | NET PAY: | .00 | .00 |

HOME DEPOT U.S.A. INC.

---

ASSOCIATE NAME: JOHN A BARRERA JR  ASSOCIATE ID: 113802326  PIN NO: 4549

| | TAX | NUMBER | | PAY PERIOD BEGIN: 01/23/2012 | ADVICE DATE: 02/10/2012 |
| | STATUS | EXEMPT | | PAY PERIOD END: 02/05/2012 | ADVICE NUMBER: 2048150 |

FICA-MED            0
FICA-OASDI          0
FED INC TX    M     0
CA DISABIL    S     0
CA STATE      S     0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.50 | 40.00 | 580.00 | 2,800.00 | LTD | .00 | .44 | FICA-MED | 17.19 | 75.05 |
| REGULAR | 14.50 | 34.60 | 500.25 | 3,400.25 | HOMER FUND | 5.00 | 15.00 | FICA-OASDI | 49.78 | 217.38 |
| OVERTIME | 21.75 | 1.25 | 27.18 | 1,310.45 | CHECKING | 1,073.33 | 4,533.79 | FED INC TX | .00 | 73.67 |
| OVERTIME | 21.75 | 5.00 | 108.75 | 1,419.20 | | | | CA DISABIL | 11.85 | 51.76 |
| SICK | 14.50 | 6.00 | 87.00 | 87.00 | | | | CA STATE | 28.00 | 206.62 |
| MEDICAL FT | .00 | .00 | 97.00- | 249.43- | | | | | | |
| VISION FT | .00 | .00 | 5.80- | 14.91- | | | | | | |
| DENTAL FT | .00 | .00 | 15.24- | 39.19- | | | | | | |
| DOUBLETIME | .00 | .00 | .00 | 488.75 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 118.00 | | | | | | |

| GROSS PAY: | | | 1,188.15 | 5,178.87 | | | | NET PAY: | .00 | .00 |

HOME DEPOT U.S.A. INC.

**ASSOCIATE NAME:** JOHN A BARRERA    **ASSOCIATE ID:** 1138  16    **PIN NO:** 4549

**PAY PERIOD BEGIN:** 01/08/2012    **ADVICE DATE:** 01/27/2012

**PAY PERIOD END:** 01/22/2012    **ADVICE NUMBER:** 2018738

| | TAX STATUS | NUMBER EXEMPT |
|---|---|---|
| FICA-MED | | 0 |
| FICA-OASDI | | 0 |
| FED INC TX | M | 9 |
| CA DISABIL | S | 0 |
| CA STATE | S | 0 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.50 | 40.00 | 580.00 | 1,740.00 |
| REGULAR | 14.50 | 40.00 | 580.00 | 2,320.00 |
| OVERTIME | 21.75 | 22.25 | 483.94 | 1,174.51 |
| OVERTIME | 21.75 | 5.00 | 108.78 | 1,283.28 |
| DOUBLETIME | 29.00 | 6.25 | 181.26 | 356.26 |
| DOUBLETIME | 29.00 | 3.50 | 101.50 | 458.75 |
| MEDICAL FT | .00 | .00 | .00 | 182.43- |
| VISION FT | .00 | .00 | 8.00- | 8.11- |
| DENTAL FT | .00 | .00 | 15.24- | 23.95- |
| HOLIDAY | .00 | .00 | .00 | 118.00 |

**GROSS PAY:** 1,817.40   3,880.52

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| L10 | .00 | .44 |
| HOMER FUND | 8.00 | 10.00 |
| CHECKING | 1,872.88 | 3,480.42 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 27.60 | 87.88 |
| FICA-OASDI | 80.93 | 187.60 |
| FED INC TX | 26.05 | 73.67 |
| CA DISABIL | 16.18 | 39.81 |
| CA STATE | 82.88 | 180.82 |

**NET PAY:** .00   .00

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA JR    **ASSOCIATE ID:** 113802326    **PIN NO:** 4549

**PAY PERIOD BEGIN:** 12/26/2011    **ADVICE DATE:** 01/13/2012

**PAY PERIOD END:** 01/08/2012    **ADVICE NUMBER:** 1989476

| | TAX STATUS | NUMBER EXEMPT |
|---|---|---|
| FICA-MED | | 0 |
| FICA-OASDI | | 0 |
| FED INC TX | M | 8 |
| CA DISABIL | S | 0 |
| CA STATE | S | 0 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.50 | 40.00 | 580.00 | 580.00 |
| REGULAR | 14.50 | 40.00 | 580.00 | 1,160.00 |
| OVERTIME | 21.76 | 21.50 | 467.93 | 467.93 |
| OVERTIME | 21.75 | 10.25 | 222.94 | 690.57 |
| DOUBLETIME | 29.00 | 5.50 | 159.50 | 159.50 |
| DOUBLETIME | 29.00 | .50 | 14.50 | 174.00 |
| HOLIDAY | 14.50 | 8.00 | 116.00 | 116.00 |
| MEDICAL FT | .00 | .00 | 85.43- | 85.43- |
| VISION FT | .00 | .00 | 3.31- | 3.31- |
| DENTAL FT | .00 | .00 | 8.71- | 8.71- |

**GROSS PAY:** 2,073.12   2,073.12

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| L10 | .44 | .44 |
| HOMER FUND | 8.00 | 8.00 |
| CHECKING | 1,787.48 | 1,787.48 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 30.08 | 30.08 |
| FICA-OASDI | 87.07 | 87.07 |
| FED INC TX | 44.82 | 44.82 |
| CA DISABIL | 20.73 | 20.73 |
| CA STATE | 97.74 | 97.74 |

**NET PAY:** .00   .00

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA JR    **ASSOCIATE ID:** 113802326    **PIN NO:** 4549

**PAY PERIOD BEGIN:** 12/12/2011    **ADVICE DATE:** 12/30/2011

**PAY PERIOD END:** 12/25/2011    **ADVICE NUMBER:** 1960013

| | TAX STATUS | NUMBER EXEMPT |
|---|---|---|
| FICA-MED | | 0 |
| FICA-OASDI | | 0 |
| FED INC TX | | 0 |
| CA DISABIL | S | 0 |
| CA STATE | S | 0 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.50 | 32.00 | 442.26 | 18,904.72 |
| REGULAR | 14.50 | 32.26 | 467.83 | 17,292.38 |
| OVERTIME | 21.75 | 2.75 | 59.81 | 723.35 |
| OVERTIME | 21.75 | 1.00 | 21.75 | 745.10 |
| HOLIDAY | 14.50 | .00 | 116.00 | 383.20 |
| PERSONAL | 14.50 | 4.00 | 58.00 | 58.00 |
| REG ADJUST | .00 | .00 | .00 | 529.78 |
| RETRO PAY | .00 | .00 | .00 | 843.80 |
| $ SHARING | .00 | .00 | .00 | 84.34 |
| OT ADJUST | .00 | .00 | .00 | 112.01 |
| DOUBLETIME | .00 | .00 | .00 | 108.75 |
| SICK | .00 | .00 | .00 | 198.80 |
| HOMER AND | .00 | .00 | .00 | 60.00 |

**GROSS PAY:** 1,186.44   20,120.63

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| L10 | 1.03 | 6.18 |
| VOL LIFE | .00 | 28.81 |
| HOMER FUND | 8.00 | 100.00 |
| EXP REIMB | .00 | 8.80- |
| CHECKING | 1,051.81 | 16,822.71 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 16.90 | 291.80 |
| FICA-OASDI | 48.95 | 848.45 |
| FED INC TX | .00 | 87.95 |
| CA DISABIL | 13.99 | 241.88 |
| CA STATE | 27.78 | 421.48 |

**NET PAY:** .00   1,316.21

**HOME DEPOT U.S.A. INC.**

ASSOCIATE NAME: JOHN A BARRERA     ASSOCIATE ID: 1138   16     PIN NO: 4549

TAX   NUMBER
STATUS EXEMPT

| | |
|---|---|
| FICA-MED | 0 |
| FICA-OASDI | 0 |
| FED INC TX | M   0 |
| CA DISABIL | S   0 |
| CA STATE | S   0 |

PAY PERIOD BEGIN: 11/28/2011     ADVICE DATE: 12/16/2011
PAY PERIOD END: 12/11/2011     ADVICE NUMBER: 1929589

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.50 | 36.50 | 529.25 | 16,014.47 | LTD | 1.03 | 5.15 | FICA-MED | 13.43 | 274.66 |
| REGULAR | 14.50 | 24.00 | 348.00 | 16,362.47 | VOL LIFE | .00 | 26.61 | FICA-OASDI | 56.80 | 788.60 |
| OVERTIME | 21.75 | 1.25 | 27.19 | 141.70 | HOMER FUND | 5.00 | 65.00 | FED INC TX | .00 | 87.65 |
| OVERTIME | 21.75 | 1.00 | 21.75 | 663.54 | EXP REIMB | .00 | 8.60 | CA DISABIL | 11.11 | 227.67 |
| REG ADJUST | .00 | .00 | .00 | 635.78 | CHECKING | 830.48 | 15,770.90 | CA STATE | 17.24 | 393.72 |
| RETRO PAY | .00 | .00 | .00 | 643.50 | | | | | | |
| S SHARING | .00 | .00 | .00 | 84.34 | | | | | | |
| OT ADJUST | .00 | .00 | .00 | 112.01 | | | | | | |
| DOUBLETIME | .00 | .00 | .00 | 108.75 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 237.20 | | | | | | |
| SICK | .00 | .00 | .00 | 188.60 | | | | | | |
| HOMER AND | .00 | .00 | .00 | 80.00 | | | | | | |
| **GROSS PAY:** | | | 926.19 | 16,864.39 | | | | **NET PAY:** | .00 | 1,319.21 |

HOME DEPOT U.S.A. INC.

---

ASSOCIATE NAME: JOHN A BARRERA JR     ASSOCIATE ID: 113802326     PIN NO: 4549

TAX   NUMBER
STATUS EXEMPT

| | |
|---|---|
| FICA-MED | 0 |
| FICA-OASDI | 0 |
| FED INC TX | M   0 |
| CA DISABIL | S   0 |
| CA STATE | S   0 |

PAY PERIOD BEGIN: 11/14/2011     ADVICE DATE: 12/02/2011
PAY PERIOD END: 11/27/2011     ADVICE NUMBER: 1899891

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.50 | 31.75 | 460.38 | 15,028.47 | LTD | 1.03 | 4.12 | FICA-MED | 18.00 | 261.55 |
| REGULAR | 14.50 | 23.50 | 340.75 | 15,388.22 | VOL LIFE | .00 | 26.61 | FICA-OASDI | 82.14 | 757.60 |
| REGULAR | 14.50 | 8.00 | 116.00 | 15,468.22 | HOMER FUND | 5.00 | 60.00 | FED INC TX | .00 | 87.65 |
| OVERTIME | 21.75 | 3.25 | 592.64 | 592.64 | EXP REIMB | .00 | 8.60 | CA DISABIL | 14.50 | 218.48 |
| OVERTIME | 21.75 | .60 | 10.88 | 603.72 | CHECKING | 1,117.74 | 14,931.42 | CA STATE | 32.77 | 376.48 |
| OVERTIME | 21.75 | .60 | 10.88 | 614.60 | | | | | | |
| HOLIDAY | 14.50 | 8.00 | 116.00 | 237.20 | | | | | | |
| SICK | 14.50 | 8.00 | 116.00 | 188.60 | | | | | | |
| REG ADJUST | .00 | .00 | .00 | 635.78 | | | | | | |
| RETRO PAY | .00 | .00 | .00 | 643.50 | | | | | | |
| S SHARING | .00 | .00 | .00 | 84.34 | | | | | | |
| OT ADJUST | .00 | .00 | .00 | 112.01 | | | | | | |
| DOUBLETIME | .00 | .00 | .00 | 108.75 | | | | | | |
| HOMER AND | .00 | .00 | .00 | 80.00 | | | | | | |
| **GROSS PAY:** | | | 1,241.68 | 16,038.20 | | | | **NET PAY:** | .00 | 1,316.21 |

HOME DEPOT U.S.A. INC.

---

ASSOCIATE NAME: JOHN A BARRERA JR     ASSOCIATE ID: 113802326     PIN NO: 4549

TAX   NUMBER
STATUS EXEMPT

| | |
|---|---|
| FICA-MED | 0 |
| FICA-OASDI | 0 |
| FED INC TX | M   0 |
| CA DISABIL | S |
| CA STATE | S |

PAY PERIOD BEGIN: 10/31/2011     ADVICE DATE: 11/18/2011
PAY PERIOD END: 11/13/2011     ADVICE NUMBER: 1870664

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 14.50 | 40.00 | 580.00 | 14,024.34 | LTD | 1.03 | 3.09 | FICA-MED | 22.06 | 243.55 |
| REGULAR | 14.50 | 37.50 | 543.71 | 14,568.05 | VOL LIFE | .00 | 26.61 | FICA-OASDI | 95.41 | 705.46 |
| OVERTIME | 21.75 | 8.25 | 179.44 | 440.60 | HOMER FUND | 5.00 | 85.00 | FED INC TX | .00 | 87.55 |
| OVERTIME | 21.75 | 3.75 | 81.56 | 622.18 | EXP REIMB | .00 | 8.60 | CA DISABIL | 18.74 | 201.66 |
| OT ADJUST | 21.75 | 5.15 | 112.01 | 112.01 | CHECKING | 1,365.08 | 13,813.68 | CA STATE | 53.92 | 343.71 |
| DOUBLETIME | 29.00 | 2.25 | 65.25 | 108.75 | | | | | | |
| REG ADJUST | .00 | .00 | .00 | 635.78 | | | | | | |
| RETRO PAY | .00 | .00 | .00 | 643.50 | | | | | | |
| S SHARING | .00 | .00 | .00 | 84.34 | | | | | | |
| HOLIDAY | .00 | .00 | .00 | 121.20 | | | | | | |
| SICK | .00 | .00 | .00 | 80.60 | | | | | | |
| HOMER AND | .00 | .00 | .00 | 60.60 | | | | | | |
| **GROSS PAY:** | | | 1,582.01 | 16,796.52 | | | | **NET PAY:** | .00 | 1,316.21 |

HOME DEPOT U.S.A. INC.

**ASSOCIATE NAME:** JOHN A BARRERA    **ASSOCIATE ID:** 11380 16    **PIN NO:** 4549

| TAX STATUS | NUMBER EXEMPT |
|---|---|
| FICA-MED | O |
| FICA-OASDI | O |
| FED INC TX   M | 9 |
| CA DISABIL   S | O |
| CA STATE   S | O |

**PAY PERIOD BEGIN:** 10/17/2011    **ADVICE DATE:** 11/04/2011
**PAY PERIOD END:** 10/30/2011    **ADVICE NUMBER:** 1840340

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.50 | 39.00 | 565.50 | 12,911.48 |
| REGULAR | 14.50 | 36.75 | 532.66 | 13,444.34 |
| REG ADJUST | 14.50 | 1.00 | 14.50 | 525.78 |
| OVERTIME | 21.75 | 1.50 | 32.63 | 167.64 |
| OVERTIME | 21.75 | 4.75 | 103.31 | 261.15 |
| DOUBLETIME | 29.00 | 1.50 | 43.50 | 43.50 |
| RETRO PAY | .00 | | | 643.50 |
| S SHARING | .00 | .00 | .00 | 94.34 |
| HOLIDAY | .00 | .00 | .00 | 121.20 |
| SICK | .00 | .00 | .00 | 80.80 |
| HOMER AWD | .00 | .00 | .00 | 50.00 |

**GROSS PAY:** 1,292.32    16,234.81

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD | 1.03 | 2.06 |
| VOL LIFE | .00 | 24.81 |
| HOMER FUND | 5.00 | 80.00 |
| EXP REIMB | .00 | 8.80- |
| CHECKING | 1,181.85 | 12,416.52 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 18.74 | 220.50 |
| FICA-OASDI | 84.27 | 938.58 |
| FED INC TX | .00 | 87.55 |
| CA DISABIL | 15.51 | 182.62 |
| CA STATE | 30.12 | 269.70 |

**NET PAY:** .00    1,315.21

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA JR    **ASSOCIATE ID:** 113802326    **PIN NO:** 4549

| TAX STATUS | NUMBER EXEMPT |
|---|---|
| FICA-MED | O |
| FICA-OASDI | O |
| FED INC TX   M | O |
| CA DISABIL   S | O |
| CA STATE   S | O |

**PAY PERIOD BEGIN:** 10/03/2011    **ADVICE DATE:** 10/21/2011
**PAY PERIOD END:** 10/16/2011    **ADVICE NUMBER:** 1811714

*Call HR  9.9 hrs ot*

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 14.50 | 39.25 | 569.13 | 11,571.08 |
| REGULAR | 14.50 | 24.50 | 355.25 | 12,226.33 |
| REGULAR | 14.50 | 8.25 | 119.63 | 12,345.96 |
| REG ADJUST | 14.50 | 9.15 | 132.68 | 385.28 |
| REG ADJUST | 14.50 | 8.00 | 116.00 | 511.28 |
| RETRO PAY | .00 | | 943.50 | 943.50 |
| OVERTIME | 21.75 | 1.80 | 32.63 | 119.77 |
| OVERTIME | 21.75 | .28 | 6.44 | 126.21 |
| S SHARING | .00 | .00 | .00 | 94.34 |
| HOLIDAY | .00 | .00 | .00 | 121.20 |
| SICK | .00 | .00 | .00 | 80.80 |
| HOMER AWD | .00 | .00 | .00 | 50.00 |

**GROSS PAY:** 1,974.28    13,842.28

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD | 1.03 | 1.03 |
| VOL LIFE | .00 | 24.81 |
| HOMER FUND | 5.00 | 75.00 |
| EXP REIMB | .00 | 8.80- |
| CHECKING | 1,703.41 | 11,256.97 |

*Check to raise ot inventor + Back pay*

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 28.62 | 202.19 |
| FICA-OASDI | 82.82 | 865.58 |
| FED INC TX | .00 | 87.55 |
| CA DISABIL | 23.88 | 167.31 |
| CA STATE | 60.63 | 253.67 |

**NET PAY:** .00    1,315.21

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA JR    **ASSOCIATE ID:** 113802326    **PIN NO:** 4549

| TAX STATUS | NUMBER EXEMPT |
|---|---|
| FICA-MED | O |
| FICA-OASDI | O |
| FED INC TX   M | O |
| CA DISABIL   S | O |
| CA STATE   S | O |

**PAY PERIOD BEGIN:** 09/19/2011    **ADVICE DATE:** 10/07/2011
**PAY PERIOD END:** 10/02/2011    **ADVICE NUMBER:** 1782860

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 10.10 | 40.00 | 404.00 | 10,923.20 |
| REGULAR | 10.10 | 37.50 | 378.75 | 11,301.95 |
| OVERTIME | 15.15 | 1.50 | 22.73 | 75.76 |
| OVERTIME | 15.15 | .75 | 11.33 | 87.14 |
| REG ADJUST | .00 | .00 | .00 | 242.00 |
| S SHARING | .00 | .00 | .00 | 94.34 |
| HOLIDAY | .00 | .00 | .00 | 121.20 |
| SICK | .00 | .00 | .00 | 80.80 |
| HOMER AWD | .00 | .00 | .00 | 50.00 |

**GROSS PAY:** 818.84    11,588.03

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| VOL LIFE | .00 | 28.81 |
| HOMER FUND | 5.00 | 70.00 |
| EXP REIMB | .00 | 8.80- |
| CHECKING | 743.46 | 9,553.56 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 11.86 | 173.54 |
| FICA-OASDI | 34.31 | 802.66 |
| FED INC TX | .00 | 28.88 |
| CA DISABIL | 8.81 | 143.62 |
| CA STATE | 12.42 | 183.04 |

**NET PAY:** .00    1,315.21

**HOME DEPOT U.S.A. INC.**

ASSOCIATE NAME: JOHN A BARRERA   ASSOCIATE ID: 113802326   PIN NO: 4549
TAX NUMBER   PAY PERIOD BEGIN: 09/05/2011   ADVICE DATE: 08/23/2011
STATUS EXEMPT   PAY PERIOD END: 09/18/2011   ADVICE NUMBER: 1764113

FICA-MED          0
FICA-OASDI        0
FED INC TX   M    0
CA DISABL         0
CA STATE          0

| EARNINGS | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 24.00 | 242.40 | 10,193.47 |
| REGULAR | 10.10 | 32.25 | 325.73 | 10,619.20 |
| REG ADJUST | 10.10 | 4.00 | 40.40 | 262.60 |
| OVERTIME | 15.15 | .28 | 3.79 | 48.47 |
| OVERTIME | 15.15 | .50 | 7.58 | 53.05 |
| HOLIDAY | 10.10 | 4.00 | 40.40 | 121.20 |
| S SHARING | .00 | .00 | .00 | 84.34 |
| SICK | .00 | .00 | .00 | 80.80 |
| HOMER AMD | .00 | .00 | .00 | 60.00 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VOL LIFE | 1.87 | 28.81 |
| HOMER FUND | 5.00 | 85.00 |
| EXP REIMB | .00 | 8.80 |
| CHECKING | 600.10 | 8,810.11 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FICA-MED | 8.87 | 181.68 |
| FICA-OASDI | 27.73 | 486.38 |
| FED INC TX | .00 | 28.69 |
| CA DISABL | 7.62 | 133.81 |
| CA STATE | 8.41 | 150.62 |

GROSS PAY: 660.30   11,191.19   NET PAY: .00   1,315.21

**HOME DEPOT U.S.A. INC.**

---

ASSOCIATE NAME: JOHN A BARRERA   ASSOCIATE ID: 113802326   PIN NO: 4549
TAX NUMBER   PAY PERIOD BEGIN: 09/05/2011   ADVICE DATE: 09/20/2011
STATUS EXEMPT   PAY PERIOD END: 09/18/2011   ADVICE NUMBER: 723202

FICA-MED          0
FICA-OASDI        0
FED INC TX   M    0
CA DISABL         0
CA STATE          0

| EARNINGS | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| S SHARING | .00 | .00 | 84.34 | 84.34 |
| DESCRIPTION | PAY LOC | LOC X | LOC EARNING | A350C BON AMT |
| SUCCESS SH | 8572 | .76 | 5,246.72 | 84.34 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VOL LIFE | .00 | 28.04 |
| HOMER FUND | .00 | 80.00 |
| EXP REIMB | .00 | 8.80 |
| CHECKING | 39.58 | 8,210.01 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FICA-MED | .04 | 182.12 |
| FICA-OASDI | 2.70 | 440.62 |
| FED INC TX | 18.08 | 28.69 |
| CA DISABL | .77 | 125.80 |
| CA STATE | 4.28 | 142.21 |

GROSS PAY: 84.34   10,490.85   NET PAY: .00   1,315.21

**HOME DEPOT U.S.A. INC.**

---

ASSOCIATE NAME: JOHN A BARRERA   ASSOCIATE ID: 113802326   PIN NO: 4549
TAX NUMBER   PAY PERIOD BEGIN: 08/22/2011   ADVICE DATE: 09/08/2011
STATUS EXEMPT   PAY PERIOD END: 09/04/2011   ADVICE NUMBER: 1896362

FICA-MED          0
FICA-OASDI        0
FED INC TX   M    0
CA DISABL         0
CA STATE          0

| EARNINGS | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 32.00 | 323.20 | 9,830.38 |
| REGULAR | 10.10 | 31.75 | 320.68 | 8,951.07 |
| REG ADJUST | 10.10 | 2.00 | 20.20 | 222.20 |
| OVERTIME | 15.15 | .25 | 3.79 | 41.88 |
| SICK | 10.10 | 8.00 | 80.80 | 80.80 |
| HOLIDAY | .00 | .00 | .00 | 80.80 |
| HOMER AMD | .00 | .00 | .00 | 60.00 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VOL LIFE | 3.13 | 25.04 |
| HOMER FUND | 5.00 | 80.00 |
| EXP REIMB | .00 | 8.80 |
| CHECKING | 676.80 | 8,170.42 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FICA-MED | 10.89 | 181.18 |
| FICA-OASDI | 31.46 | 437.92 |
| FED INC TX | .00 | 12.80 |
| CA DISABL | 8.98 | 125.12 |
| CA STATE | 10.35 | 137.96 |

GROSS PAY: 748.87   10,428.83   NET PAY: .00   1,315.21

**HOME DEPOT U.S.A. INC.**

**ASSOCIATE NAME:** JOHN A BARRERA
**ASSOCIATE ID:** 1138   26
**PIN NO:** 4549
**TAX NUMBER STATUS EXEMPT**
**PAY PERIOD BEGIN:** 08/08/2011
**ADVICE DATE:** 08/26/2011
**PAY PERIOD END:** 08/21/2011
**ADVICE NUMBER:** 1667733

FICA-MED          0
FICA-OASDI        0
FED INC TX    M   9
CA DISABIL    S   0
CA STATE      S   0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 32.00 | 323.20 | 9,001.86 | VOL LIFE | 3.13 | 21.91 | FICA-MED | 9.23 | 140.33 |
| REGULAR | 10.10 | 30.29 | 305.93 | 9,307.18 | HOMER FUND | 5.00 | 65.00 | FICA-OASDI | 28.72 | 406.47 |
| OVERTIME | 15.15 | .26 | 3.79 | 34.10 | EXP REIMB | .00 | 8.80- | FED INC TX | .00 | 12.50 |
| OVERTIME | 15.15 | .26 | 3.79 | 37.89 | CHECKING | 576.72 | 7,491.62 | CA DISABIL | 7.63 | 116.13 |
| REG ADJUST | .00 | .00 | .00 | 202.00 | | | | CA STATE | 7.88 | 127.81 |
| HOLIDAY | .00 | .00 | .00 | 80.80 | | | | | | |
| HOMER AWD | .00 | .00 | .00 | 60.00 | | | | | | |

**GROSS PAY:** 636.31   8,677.68
**NET PAY:** .00   1,315.21

HOME DEPOT U.S.A. INC.

---

**ASSOCIATE NAME:** JOHN A BARRERA
**ASSOCIATE ID:** 113802326
**PIN NO:** 4549
**TAX NUMBER STATUS EXEMPT**
**PAY PERIOD BEGIN:** 07/25/2011
**ADVICE DATE:** 08/12/2011
**PAY PERIOD END:** 08/07/2011
**ADVICE NUMBER:** 1639098

FICA-MED          0
FICA-OASDI        0
FED INC TX    M   9
CA DISABIL    S   0
CA STATE      S   0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 36.50 | 303.95 | 8,284.56 | VOL LIFE | 3.13 | 18.78 | FICA-MED | 11.46 | 131.10 |
| REGULAR | 10.10 | 38.00 | 303.90 | 8,678.46 | HOMER FUND | 5.00 | 60.00 | FICA-OASDI | 33.30 | 379.75 |
| REG ADJUST | .00 | .00 | .00 | 202.00 | EXP REIMB | .00 | 8.80- | FED INC TX | .00 | 12.50 |
| OVERTIME | .00 | .00 | .00 | 30.31 | CHECKING | 710.04 | 6,914.90 | CA DISABIL | 9.52 | 108.50 |
| HOLIDAY | .00 | .00 | .00 | 80.80 | | | | CA STATE | 11.37 | 119.93 |
| HOMER AWD | .00 | .00 | .00 | 60.00 | | | | | | |

**GROSS PAY:** 782.85   8,041.57
**NET PAY:** .00   1,315.21

HOME DEPOT U.S.A. INC.

---

**ASSOCIATE NAME:** JOHN A BARRERA
**ASSOCIATE ID:** 113802326
**PIN NO:** 4549
**TAX NUMBER STATUS EXEMPT**
**PAY PERIOD BEGIN:** 07/11/2011
**ADVICE DATE:** 07/29/2011
**PAY PERIOD END:** 07/24/2011
**ADVICE NUMBER:** 1610379

FICA-MED          0
FICA-OASDI        0
FED INC TX    M   9
CA DISABIL    S   0
CA STATE      S   0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 22.00 | 222.20 | 7,481.81 | VOL LIFE | 3.13 | 15.65 | FICA-MED | 9.30 | 119.61 |
| REGULAR | 10.10 | 40.00 | 404.00 | 7,885.51 | HOMER FUND | 5.00 | 49.00 | FICA-OASDI | 29.84 | 346.45 |
| OVERTIME | 15.15 | 1.00 | 15.15 | 30.31 | EXP REIMB | .00 | 8.80- | FED INC TX | .00 | 12.50 |
| REG ADJUST | .00 | .00 | .00 | 202.00 | CHECKING | 661.30 | 6,165.78 | CA DISABIL | 7.89 | 98.98 |
| HOLIDAY | .00 | .00 | .00 | 80.80 | | | | CA STATE | 7.99 | 108.36 |
| HOMER AWD | .00 | .00 | .00 | 60.00 | | | | | | |

**GROSS PAY:** 641.35   8,248.72
**NET PAY:** .00   1,315.21

HOME DEPOT U.S.A. INC.

**ASSOCIATE NAME:** JOHN A BARRERA     **ASSOCIATE ID:** 113802326     **PIN NO:** 4549

| TAX STATUS | NUMBER EXEMPT | | | | **PAY PERIOD BEGIN:** 06/27/2011 | **ADVICE DATE:** 07/15/2011 |
|---|---|---|---|---|---|---|

**PAY PERIOD END:** 07/10/2011     **ADVICE NUMBER:** 1581427

FICA-MED   0
FICA-MED   0
FICA-OASDI   0
FICA-DASDI   0
FED INC TX   M   9

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 23.75 | 239.88 | 6,703.90 | VOL LIFE | 3.13 | 12.82 | FICA-MED | 12.17 | 108.58 |
| REGULAR | 10.10 | 16.75 | 160.08 | 6,862.66 | HOMER FUND | 5.00 | 40.00 | FICA-MED | .73 | 110.31 |
| REGULAR | 10.10 | 39.25 | 396.43 | 7,258.41 | EXP REIMB | | 8.80- | FICA-OASDI | 35.20 | 317.41 |
| OVERTIME | 15.15 | .25 | 3.78 | 15.18 | CHECKING | 781.28 | 5,614.46 | FICA-OASDI | 2.10 | 319.51 |
| HOLIDAY | 10.10 | 4.00 | 40.40 | 80.80 | | | | FED INC TX | 12.50 | 12.50 |
| HOMER-AMO | .00 | .00 | 50.00 | 50.00 | | | | CA DISABIL | 10.05 | 50.60 |
| REG ADJUST | .00 | .00 | | 202.00 | | | | CA DISABIL | .60 | 81.20 |
| | | | | | | | | CA STATE | 13.43 | 87.07 |
| | | | | | | | | CA STATE | 3.30 | 100.37 |

**GROSS PAY:**     888.58     7,507.37        **NET PAY:**     .00     1,315.21

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA     **ASSOCIATE ID:** 113802326     **PIN NO:** 4549

**PAY PERIOD BEGIN:** 06/13/2011     **ADVICE DATE:** 07/01/2011

| TAX STATUS | NUMBER EXEMPT |
|---|---|

**PAY PERIOD END:** 06/26/2011     **ADVICE NUMBER:** 1561649

FICA-MED   0
FICA-OASDI   0
FED INC TX   M   9
CA DISABIL   S   0
CA STATE   S   0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 39.75 | 401.48 | 6,080.02 | VOL LIFE | 3.13 | 9.39 | FICA-MED | 11.65 | 87.41 |
| REGULAR | .00 | 40.00 | 404.00 | 6,484.02 | HOMER FUND | 5.00 | 35.00 | FICA-OASDI | 33.83 | 282.16 |
| REG ADJUST | .00 | .00 | .00 | 202.00 | EXP REIMB | .00 | 8.80- | CA DISABIL | 8.66 | 80.61 |
| OVERTIME | .00 | .00 | .00 | 11.37 | CHECKING | 730.28 | 4,823.18 | CA STATE | 11.92 | 83.64 |
| HOLIDAY | .00 | .00 | .00 | 40.40 | | | | | | |

**GROSS PAY:**     805.48     6,717.79        **NET PAY:**     .00     1,315.21

**HOME DEPOT U.S.A. INC.**

---

**ASSOCIATE NAME:** JOHN A BARRERA     **ASSOCIATE ID:** 113802326     **PIN NO:** 4549

**PAY PERIOD BEGIN:** 05/30/2011     **ADVICE DATE:** 06/17/2011

| TAX STATUS | NUMBER EXEMPT |
|---|---|

**PAY PERIOD END:** 06/12/2011     **ADVICE NUMBER:** 1522895

FICA-MED   0
FICA-OASDI   0
FED INC TX   M   9
CA DISABIL   S   0
CA STATE   S   0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 34.00 | 343.40 | 5,337.88 | VOL LIFE | 3.13 | 9.26 | FICA-MED | 10.27 | 69.73 |
| REGULAR | 10.10 | 31.75 | 320.68 | 5,656.54 | HOMER FUND | 5.00 | 30.00 | FICA-OASDI | 29.75 | 248.32 |
| OVERTIME | 15.15 | .25 | 3.78 | 11.37 | EXP REIMB | .00 | 8.80- | CA DISABIL | 8.50 | 70.95 |
| HOLIDAY | 10.10 | 4.00 | 40.40 | 40.40 | CHECKING | 642.16 | 4,092.82 | CA STATE | 9.46 | 71.72 |
| REG ADJUST | .00 | .00 | .00 | 202.00 | | | | | | |

**GROSS PAY:**     708.27     6,012.31        **NET PAY:**     .00     1,315.21

**HOME DEPOT U.S.A. INC.**

| ASSOCIATE NAME: JOHN A BARRERA | | | | | ASSOCIATE ID: 113802 | | PIN NO: 4549 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TAX NUMBER | | | | | PAY PERIOD BEGIN: 05/16/2011 | | ADVICE DATE: 06/03/2011 | |
| STATUS EXEMPT | | | | | PAY PERIOD END: 05/29/2011 | | ADVICE NUMBER: 1493883 | |

FICA-MED         O
FICA-OASDI       O
FED INC TX    M  9
CA DISABIL    S  0
CA STATE      S  0

| EARNINGS | | | | | DEDUCTIONS | | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.10 | 36.00 | 363.60 | 4,628.61 | VOL LIFE | 3.13 | 3.13 | FICA-MED | 11.20 | 75.46 |
| REGULAR | 10.10 | 38.50 | 368.98 | 4,994.48 | HOMER FUND | 5.00 | 28.00 | FICA-OASDI | 32.48 | 218.57 |
| REG ADJUST | 10.10 | 4.00 | 40.40 | 202.00 | EXP REIMB | .00 | 6.80- | CA DISABIL | 8.27 | 62.46 |
| OVERTIME | .00 | .00 | .00 | 7.68 | CHECKING | 700.72 | 3,460.78 | CA STATE | 10.86 | 62.26 |

| GROSS PAY: | 772.65 | 8,204.04 | | NET PAY: | .00 | 1,315.21 |
| --- | --- | --- | --- | --- | --- | --- |

HOME DEPOT U.S.A. INC.

Exhibit 3



# POLARIS
LAW GROUP, LLP

501 San Benito Street, Suite 200
Hollister, California 95023

Phone: 831.531.4211
Fax: 831.634.0333
www.polarislawgroup.com

Direct Dial: (831) 531-4214
Email: bill@polarislawgroup.com

July 5, 2012

Labor And Workforce Development Agency
801 K Street, Suite 2101
Sacramento, CA 95814

Home Depot U.S.A., Inc.
860 East Dunne Ave.
Morgan Hill, CA 95037

*Sent Via Certified U.S. Mail*

Re:     Notice of Labor Law Violations
        California Labor Code §§ 2699, 2699.3, 2699.5

Dear Employer and Representatives of the Labor and Work Force Development Agency:

Pursuant to California Labor Code §§2699, 2699.3, 2699.5 aggrieved employee, John Barrera, Jr., hereby notifies you of the labor law violations and facts and circumstances giving rise to them, committed by Home Depot U.S.A., Inc. ("the employer.") The employer has failed to comply with Labor Code § 226(a)(8) by failing to include the address of the legal entity that is the employer on employee pay statements. This violation of Labor Code § 226(a)(8) is applicable to both the aggrieved employee and other employees of the employer. Additionally, the employer has failed to comply with Labor Code § 201 in that the employer has failed to pay the aggrieved employee all unpaid wages at the time of discharge.

The above described conduct is in violation of Labor Code §§ 201, 203, 226, 226.3, and the applicable California Industrial Welfare Commission Wage Order.

Very truly yours,

Polaris Law Group LLP

*William L Marder*

William L. Marder