WILLIAM L. MARDER, State Bar No. 170131
Polaris Law Group L.L.P.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

LARRY W. LEE, State Bar No. 228175
Diversity Law Group, P.C.
550 S. Hope St., Suite 2655
Los Angeles, CA 90071
Tel: (213) 488-6555
Fax: (213) 488-6554
Email: lwlee@diversitylaw.com

Attorneys for Plaintiff
JOHN BARRERA, JR.

GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
KRYSTAL N. LOPILATO, State Bar No. 263320
krystal.lopilato@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARRERA, JR.<br><br>             Plaintiff,<br><br>     vs.<br><br>THE HOME DEPOT U.S.A., INC., and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. CV 12-05199 LHK (HRL)<br><br>**STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE AND [~~PROPOSED~~] ORDER**<br><br>Action Filed:   September 4, 2012<br>Trial Date:     March 17, 2014 |

Plaintiff John Barrera, Jr. ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, jointly stipulate and agree as follows:

1. Plaintiff's Complaint alleges claims for (1) violation of the California Family Rights Act ("CFRA"); (2) retaliation in violation of the CFRA; (3) retaliation in violation of the Fair Employment and Housing Act ("FEHA"); (4) violation of Labor Code section 203; and (5) penalties pursuant to the California Private Attorney General Act of 2004 ("PAGA");

2. On February 6, 2013, at the Initial Case Management Conference, the Court issued a Minute Order and Case Management Order, referring the Parties to Court mediation and setting a deadline for mediation as 120 days from the date of the Order;

3. On February 13, 2013, Plaintiff filed a Notice of Motion and Motion For Leave To File First Amended Complaint (the "Motion") with this Court. In essence, Plaintiff seeks to amend the Complaint to add class action allegations. The hearing date set for the Motion was and is June 20, 2013;

4. The deadline set by the Court for mediation currently falls on June 6, 2013, which is before the hearing on Plaintiff's Motion; and

5. The Parties agree that the outcome of Plaintiff's Motion has the potential to impact the scope of any potential resolution. As such, the Parties will not be in a position to mediate the instant lawsuit until Plaintiff's Motion is ruled upon. The Parties agree that good cause exists to postpone the mediation until after the hearing on Plaintiff's Motion.

In consideration of the above, the Parties agree and stipulate for an Order to modify the Court's Case Management Order and continue the mediation completion date from June 6, 2013 to July 20, 2013.

DATED: March 13, 2013               DIVERSITY LAW GROUP, P.C.


                                    By: /s/ Larry W. Lee
                                        LARRY W. LEE
                                        Attorneys for Plaintiff
                                        John Barrera, Jr.


DATED: March 13, 2013               OGLETREE, DEAKINS, NASH, SMOAK &
                                    STEWART, P.C.


                                    By: /s/ Gregory C. Cheng
                                        GREGORY C. CHENG
                                        KRYSTAL N. LOPILATO
                                        Attorneys for Defendant
                                        HOME DEPOT U.S.A., INC.

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the Case Management Order is modified to continue the mediation cut-off date from June 6, 2013 to July 20, 2013.

**IT IS SO ORDERED.**

Dated: 3/19/13

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

14573456.1 (OGLETREE)