Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
550 South Hope Street, Suite 2655
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

WILLIAM L. MARDER, ESQ. (CBN 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff John Barrera, Jr.

(Additional Counsel on Next Page)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARRERA, JR., as an individual and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>     vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: C 12 5199 LHK (HRL)<br><br>~~[PROPOSED]~~ ORDER TO CONTINUE FURTHER STATUS CONFERENCE<br><br>Current Date:     May 29, 2013<br>Current Time:    2:00 p.m.<br>Courtroom:         8<br>Judge:                  Hon. Lucy H. Koh |

1  Dennis S. Hyun (State Bar No. 224240)
   dhyun@hyunlegal.com
2  **HYUN LEGAL, APC**
3  550 South Hope Street, Suite 2655
   Los Angeles, CA  90071
4  (213) 488-6555
   (213) 488-6554 facsimile
5
   Attorneys for Plaintiff John Barrera, Jr.
6

7  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
8  KRYSTAL N. LOPILATO, State Bar No. 263320
   krystal.lopilato@ogletreedeakins.com
9  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, CA  94105
11 Telephone:     415.442.4810
   Facsimile:     415.442.4870
12
13 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
C 12 5199 LHK (HRL)

**GOOD CAUSE APPEARING THEREFOR, THE PARTIES' STIPULATION IS HEREBY APPROVED AND IT IS HEREBY ORDERED** that the Further Status conference is continued from 2:00 p.m. on May 29, 2013, to 1:30 p.m. on June 30, 2013.

**IT IS SO ORDERED.**

Dated: April 29, 2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE