1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHN BARRERA, JR., | ) | Case No.:12-CV-05199-LHK |
|           Plaintiff, | ) | ORDER DIRECTING PARTIES TO FILE |
|    v. | ) | A JOINT CASE MANAGEMENT |
| THE HOME DEPOT U.S.A., INC., | ) | STATEMENT |
|           Defendant. | ) | |
| | ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for June 20, 2013, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Tuesday, June 18, 2013, at noon.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:  June 14, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge