1  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA  94105
4  Telephone:   415.442.4810
   Facsimile:   415.442.4870
5
   Attorneys for Defendant
6  HOME DEPOT U.S.A., INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  JOHN BARRERA, JR., ERVAN              Case No. C 12 5199 LHK (HRL)
    WILLIAMS, JR., and EDGAR PADILLA,
13  as individuals and on behalf of all others   [Assigned to Hon. Lucy H. Koh]
    similarly situated,
14                                         **NOTICE OF SUBSTITUTION OF
                 Plaintiffs,               COUNSEL AND [PROPOSED] ORDER**
15
            vs.
16
    HOME DEPOT U.S.A., INC.; and DOES 1
17  through 10, inclusive,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

                                    1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         Defendant Home Depot U.S.A., Inc. ("Home Depot") respectfully moves the Court for an order

3    substituting Donna M. Mezias and Liz K. Bertko of Akin Gump Strauss Hauer & Feld, LLP, for

4    Gregory C. Cheng and Krystal N. Lopilato of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., in this

5    matter.

6         Ogletree, Deakins, Nash, Smoak & Stewart, P.C. consents to the above substitution.

7    Dated: June 18, 2013                    OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
8

9                                            By: _____/s/_____
                                                        Gregory C. Cheng
10

11        I accept this substitution, and am duly admitted to practice in this district.

12   Dated: June 18, 2013                    AKIN GUMP STRAUSS HAUER & FELD, LLP

13

14                                           By: _____/s/_____
                                                        Donna M. Mezias
15

16        Contact information for new counsel:  Akin Gump Strauss Hauer & Feld LLP, by Donna M.

17   Mezias, State Bar No. 111902, and Liz K. Bertko, State Bar No. 268128, 580 California Street, Suite

18   1500, San Francisco, California 94104, telephone number (415) 765-9500, and email

19   dmezias@akingump.com, and lbertko@akingump.com.

20        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of

21   perjury that concurrence in the filing of this document has been obtained from Donna M. Mezias.

22   Dated: June 18, 2013                    OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
23

24                                           By: _____/s/_____
                                                        Gregory C. Cheng
25

26

27   ///

28   ///

**IT IS SO ORDERED:**

Dated:  June 18          , 2013

_Lucy H. Koh_

Lucy H. Koh
United States District Court Judge

15289887.1

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER          CASE NO. C 12 5199 LHK (HRL)