UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARRERA, JR., <br><br>               Plaintiff, <br>   v. <br><br>THE HOME DEPOT U.S.A., INC., <br><br>               Defendant. | Case No.:12-CV-05199-LHK <br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

     The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for August 14, 2013, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Tuesday, August 13, 2013, at 2:00 p.m.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:  August 12, 2013

                                                  _____ <br>
                                                  LUCY H. KOH <br>
                                                  United States District Judge