UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARRERA, JR., <br><br>  Plaintiff, <br> v. <br><br> THE HOME DEPOT U.S.A., INC., <br><br>  Defendant. | Case No.:12-CV-05199-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for January 15, 2014, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, January 13, 2014, at 9:00 a.m.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 10, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05199-LHK
ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT