UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARRERA, JR.,<br><br>    Plaintiff,<br>v.<br><br>THE HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Case No.:12-CV-05199-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

   The Court continues the Case Management Conference scheduled for January 15, 2014, at 2 p.m. to March 12, 2014 at 2 p.m.  The parties shall file an updated Case Management Statement by March 5, 2014.

**IT IS SO ORDERED.**

Dated:  January 14, 2014

_____
LUCY H. KOH
United States District Judge