UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHN BARRERA, JR., | ) | Case No.:12-CV-05199-LHK |
| Plaintiff, | ) ) | CASE MANAGEMENT ORDER |
| v. | ) ) | |
| THE HOME DEPOT U.S.A., INC., | ) ) | |
| Defendant. | ) ) | |

Clerk:  Martha Parker Brown              Plaintiff Attorney: Larry W. Lee
Reporter:  Lee-Anne Shortridge           Defendant Attorney: Donna Mezias
Length of Hearing:

  A Case Management Conference was held on July 30, 2014. A further case management conference is set for September 25, 2014 at 1:30p.m.

  The parties indicated that they reached a settlement yesterday. Thus, the Court set the following schedule for preliminary approval:

AMENDED MOTION FOR PRELIMINARY APPROVAL filed by: August 29, 2014

HEARING DATE: September 25, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05199-LHK
CASE MANAGEMENT ORDER