1 | Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
2 | **DIVERSITY LAW GROUP, P.C.**
3 | 550 South Hope Street, Suite 2655
Los Angeles, CA 90071
4 | (213) 488-6555
(213) 488-6554 facsimile
5 |
6 | WILLIAM L. MARDER, ESQ. (CBN 170131)
**Polaris Law Group LLP**
7 | 501 San Benito Street, Suite 200
Hollister, CA 95023
8 | Tel: (831) 531-4214
Fax: (831) 634-0333
9 | Email: bill@polarislawgroup.com
10 |
11 | Attorneys for Plaintiff John Barrera, Jr.

12 | **UNITED STATES DISTRICT COURT**

13 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN BARRERA, JR., as an individual and on behalf of all others similarly situated, | Case No.: C 12 5199 LHK (HRL) |
| Plaintiffs, | NOTICE OF SUBTITUTION OF COUNSEL AND          ORDER |
| vs. | |
| HOME DEPOT U.S.A., INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff John Barrera, Jr. respectfully moves the Court for an order substituting Jeffrey Stone of the law firm Stone & Graves for Larry W. Lee of Diversity Law Group and William L. Marder of Polaris Law Group LLP. as counsel of record for Plaintiff John Barrera, Jr. only in this matter.

Diversity Law Group consents to the above substitution.

Dated: September 29, 2014                DIVERSITY LAW GROUP


By_____/s/_____
                    Larry W. Lee


Polaris Law Group, LLP. consents to the above substitution.

Dated: September 29, 2014                POLARIS LAW GROUP, LLP.


By_____/s/_____
                    William L. Marder


Plaintiff John Barrera, Jr. consents to the above substitution.


Dated: September 29, 2014                JOHN BARRERA, JR.


By_____/s/_____
                    John Barrera, Jr.


I accept this substitution and am duly admitted to practice in this district.


Dated: September 29, 2014                STONE & GRAVES


By_____/s/_____
                    Jeffrey S. Stone


Contact information for new counsel:

Jeffrey S. Stone
Stone & Graves
11335 Gold Express Drive, Suite 145
Gold River, CA 95670
Telephone: (916) 231-0321
Fax: (916) 231-0335
Email: jstone@stonegraves.com.

1    **IT IS SO ORDERED:**

2    Dated: October 1, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
NOTICE OF SUBTITUTION OF COUNSEL AND          ORDER