1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11   JOHN BARRERA, JR.,                )   Case No.: 12-CV-05199-LHK
                                       )
12                         Plaintiff,  )
             v.                        )   CASE MANAGEMENT ORDER
13                                     )
     THE HOME DEPOT U.S.A., INC., and DOES 1 )
14   through 10, inclusive,            )
                                       )
15                         Defendants. )
     ─────────────────────────────────)

17   Plaintiff's Attorneys: Jeff Stone
     Defendant's Attorneys: Liz K. Bertko
18

19        A case management conference was held on October 15, 2014.  A further case management
     conference is set for February 11, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the
20   parties shall file a joint case management statement by February 4, 2015. In it, the parties shall
     provide a settlement status report.
21
          The Court set the following case schedule:
22
     LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is December 1, 2014
23
     DEADLINE TO COMPLETE SETTLEMENT NEGOTIATIONS is January 16, 2015
24
     FACT DISCOVERY CUTOFF is March 26, 2015
25
     EXPERT DISCOVERY:
26
             Opening Reports:     April 9, 2015
             Rebuttal Reports:    April 23, 2015
27           Cutoff:              May 7, 2015

28   DISPOSITIVE MOTIONS shall be filed by May 21, 2015 and set for hearing no later than June
     25, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

**United States District Court**
For the Northern District of California

PRETRIAL CONFERENCE is August 6, 2015 at 1:30 p.m.

JURY TRIAL: August 31, 2015, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 4 days

**IT IS SO ORDERED.**

Dated: October 15, 2014



_____

LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California

Case No.: 12-CV-05199-LHK
CASE MANAGEMENT ORDER