UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Case No.:12-CV-05199-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' joint status conference statement, ECF No. 112, the case management conference currently scheduled for March 11, 2015, at 2 p.m., is hereby continued to April 8, 2015, at 2 p.m.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-05199-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE