UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARRERA, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Case No. 12-CV-05199-LHK<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the parties' stipulation to dismiss Plaintiff John Barrera, Jr.'s individual claims with prejudice, ECF No. 117, the Court hereby VACATES the case management conference set for April 8, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 1, 2015

                                             _____
                                             LUCY H. KOH
                                             United States District Judge